## JOHN DEPINO v. UNGER'S FLOOR COVERING, INC.
### (4128)

BORDEN, DALY and BIELUCH, Js.

Argued October 17—decision released October 21, 1986

*John DePino,* pro se, the appellant (plaintiff).

*Richard F. Connors,* for the appellee (defendant).

PER CURIAM. We have carefully reviewed the record and the plaintiff's claims in this matter and find them to be without merit.

There is no error.